UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X

DIONNY ESPINAL, *on behalf of himself individually and all others similarly-situated*,

                Plaintiff,

    -v-

VICTOR'S CAFÉ 52ND STREET, INC.; SONIA ZALDIVAR; *and* CHRISTIAN BETERE,

                Defendants.

-------------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/9/2018

16-CV-8057 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS on October 25, 2018 (Dkt. 67), the parties submitted a joint motion for preliminary approval of their settlement;

    IT IS HEREBY ORDERED THAT the parties must appear for a conference with this Court on **November 15, 2018 at 2:00 p.m.** in Courtroom 443 of the Thurgood Marshall U.S. Courthouse.

**SO ORDERED.**

Date: November 9, 2018
      New York, New York

*[signature]*
**VALERIE CAPRONI**
**United States District Judge**